FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-13-00171-CV

## Trial Court No. C11-27,458

**In the Matter of the Marriage of Brad Leslie Justice and Rebecca Arlene Justice and In the Interest of Morgan Michelle Carolann Justice and Brandon Wade Justice, children**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Tom Rorie Attorney |
| Motion fee | $10.00 | Tom Rorie |
| Motion fee | $10.00 | Tom Rorie Attorney |
| Reporter's record | $2,858.75 | Respondent |
| Clerk's record | $358.00 | Unknown |
| Supreme Court chapter 51 fee | $50.00 | Jeremy Crew |
| Indigent | $25.00 | Jeremy Crew |
| Filing | $100.00 | Jeremy Crew |
| **TOTAL:** | $3,421.75 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 9th day of January 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk